LEVI HENRY LEE v. UNITED STATES STEEL CORPORATION.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. IRA FLOYD.

June 28, 1983.

Petition for certification denied.

GENEVA CRIPPEN v. LEE VINIL.

June 28, 1983.

Petition for certification denied.

BOROUGH OF HIGHLANDS v. MAYOR CORNELIUS J. GUINEY.

June 28, 1983.

Petition for certification denied.

DONNIS D. YOUNG v. ANTHONY SCAVILLO, JR.

June 28, 1983.

Petition for certification denied.